C. Barry Zimmerman, Chapter 13 Trustee
cbarryz13@gmail.com
P.O. Box 1240
Coeur d'Alene, Id 83816
(208) 664-6100
(208) 664-4737 [Facsimile]

U.S. COURTS
APR 15 2015
Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# United States Bankruptcy Court
## District of Idaho

In re:

Tucker, Joseph B.
Tucker, Francine L.

Case No. **14-20566-TLM**

Chapter 13

Debtor(s)

## Trustee's Turn Over Funds to the Court

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. 347(a).

| NAME AND ADDRESS OF CREDITOR | CHECK NO. | DATED | CLAIM NO | AMOUNT |
|---|---|---|---|---|
| | 238784 | 04/13/2015 | Debtor Refund | $1,620.00 |

Joseph & Francine Tucker
719 McKinley Ave.
Kellogg, Id 83837

AMOUNT REMITTED    **$1,620.00**

*C. Barry Zimmerman*
C. Barry Zimmerman
Chapter 13 Trustee

FEE PAID
R# 61527